

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00239-CV

| | | |
|---|---|---|
| STAN ONYEDEBELU, JOY ONYEDEBELU, AND ALL OTHER OCCUPANTS, Appellants | § | On Appeal from County Court at Law No. 2 |
| | § | of Denton County (CV-2019-03755-JP) |
| V. | | |
| WILMINGTON SAVINGS FUND SOCIETY, FSB, AS OWNER TRUSTEE OF THE RESIDENTIAL CREDIT OPPORTUNITIES TRUST V-C, Appellee | § | September 23, 2021 |
| | § | Memorandum Opinion by Justice Kerr |

## JUDGMENT

This court has considered the record on appeal in this case and holds (1) that there was no error in the trial court's judgment as to appellant Stan Onyedebelu and (2) that appellant Joy Onyedebelu's appeal should be dismissed.

It is ordered that the trial court's judgment is affirmed as to appellant Stan Onyedebelu. It is further ordered that appellee Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust V-C, shall have

and recover of and from appellant Stan Onyedebelu—and his surety Dawg Town, Inc. d.b.a. ABC Bail Bonds—from his supersedeas bond, the amount adjudged in the trial court below up to the amount of the supersedeas bond.

It is ordered that appellant Joy Onyedebelu's appeal is dismissed for want of prosecution.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
Justice Elizabeth Kerr